No. 861. HUBERT HOPKINS, PETITIONER, *v.* HEBER C. PETERS ET AL. April 18, 1910. Petition for a writ of

certiorari to the Court of Appeals of the District of Columbia denied. *Mr. F. R. Cornwall* and *Mr. L. S. Bacon* for the petitioner. No appearance for the respondents.